# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

Robert E Allen JR
[You are the PLAINTIFF, print your full name on this line.]

v.

Westville Corr. Facility
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 3:23-cv-129
[For a new case in this court, leave blank. The court will assign a case number.]

FILED FEB 15 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Warden - MR. GALIPEAU | Westville Correction Facility, 5501 S 1100W, Westville, IN 46391 |
| 2 | Sgt. A Scove, of IU Incident, ? / Dorm officer ? | Westville Corr. Facility, 5501 S 1100W, Westville IN 46391 |
| 3 | Nurse - Allen - Urgent Care. Doctor Thetsa - | Westville Correction Facility 5501 S 1100W, IN, 46391 |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? __5__

2. What is the name and address of your prison or jail? Westville Corrections Facility 5501 S 1100W Westville, IN, 46391

3. Did the event you are suing about happen there? ☒ Yes.  ○ No, it happened at: _____

4. On what date did this event occur? January 11th 2023 Between 6:30 & 7:30 pm
P-2. - South Halway + Day Room.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On Jan, 11, 2023, App. 7. pm or About I was Assulted In Dorm P-2 South Hallway, where I sustained. A Major Injury to my Hip Area. I Draged myself to officer Station & Bang on Glass For Help. Evidently he Radioed For Help, Sgt. ? Showed up on Scene, I Explained to him what happened and I was severaly Injured to make walking or moving Painfully!

2. He and officer Started to question my Injury saying How did you get to officer Station? I hobbled I said. They Did not Secure Area! or my Property Never Called For Medical to come look at me Instead continued to Bridger me threatening to leave me on Dorm unless I was able to get down two Flights of stairs without help! For 30 to 45 min — Still letting Inmates Approch & Threating me.

3) I managed to drag my Body To P-2 Stairwell with my hands he opens door I started to find stairs Now it a Shattered Hip later Determined By X-Rays

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

Until Another officer comes up Stairs to help me down to Wheel Chair to Medical urgent care Never was I Sapuse to be Moved without A Medically Trained Staff Assesing my Injury And Securing me So no Movement would Cause Further Damage! Not By officers = ce

(4) Once I Reached Medical They Put me on Table Looked me over Said it looks cut Socket No x-Rays At this time they then Moved me To Infermary Bed over night until the next Day Agin put me In wheel Chair Moved me To X-Ray Still Not Imobilzed Surley CASing More Injury to Shattered Hip once There Made to Stand with Inmates help Against WAll till About passed out From pain to X-Ray me on JAN, 13 At Appox  AM/10: Then once They Discoverd my Hip was Shattered And I wasit lying there They grew Concerned. Warden, Lutenint, Show up Asking questions wadering why? I asent At Hospital last night To late I'D Say.

(5) Once At Hospital They X-Ray Do Tests Scheduel me For Sergery Next Day Seargen Informs me Due to So Much Damage They Have To Put Rod & Screws In leg & Hip Area. Also Inform me AM/I MAy never step After Sergery due to Damage. Done. Friday 13th 2023 appointon Done Sent Back here Sunday. JAN, 15t 2023

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ○ Before I was confined.
   - ○ While I was confined awaiting trial.
   - ☒ After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ☒ No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ☒ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   I want Proper Compensation For the pain & Suffering I endured At The Hands of untrained Medical Staff and Due to Unprofessional Contact By Staff, + Handling of me most likely caused My Injury To be More Severe that originally was, Mainly - me! so much. Also The Humiliation, Hospital Bills, loss of Property, And Ill Treatment, Also Future Problems caused By Injury Therphy Both Physical & Mental.

   [Initial Each Statement]
   - ✓ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   - ___ I will keep a copy of this complaint for my records.
   - ✓ I will promptly notify the court of any change of address.
   - ___ I WILL NOT send more than one copy of any filing to the court.
   - ___ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   - ✓ I declare under penalty of perjury that the statements in this complaint are true.

   I placed this complaint in the prison mail system on Feb / 4 /20 23 at 1 pm am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

   Robert E Allen Jr                                #951250
   Signature                                         Prisoner Number

   [DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]