UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ROBERT E. ALLEN, JR.,

    Plaintiff,

       v.                    CAUSE NO. 3:23-CV-129-JD-JPK

WESTVILLE CORR. FACILITY, et al.,

    Defendants.

<u>ORDER</u>

Robert E. Allen, Jr., a prisoner without a lawyer, was granted until June 9, 2023, to pay the filing fee or to file an in forma pauperis motion with a copy of his inmate trust fund ledgers. ECF 8. He was cautioned if he did not respond, this case would be dismissed without further notice. He did not pay and this case will be dismissed. Nevertheless, he filed this lawsuit and must pay the filing fee in installments as required by 28 U.S.C. § 1915(b). Therefore, the court:

  (1) DISMISSES this case WITHOUT PREJUDICE;

  (2) ORDERS the plaintiff, **<u>Robert E. Allen, Jr., IDOC # 951250,</u>** to pay (and the facility having custody to automatically remit) to the clerk 20% of the money received for each calendar month during which $10.00 or more is received, until the $402.00 filing fee is paid in full;

(3) DIRECTS the clerk to create a ledger for receipt of these funds; and

(4) DIRECTS the clerk to send a copy of this order to each facility where the plaintiff is housed until the filing fee has been paid in full.

SO ORDERED on June 27, 2023

/s/JON E. DEGUILIO
CHIEF JUDGE
UNITED STATES DISTRICT COURT