AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ROBERT E ALLEN, JR

        Plaintiff

        v.                              Civil Action No. 3:23-cv-129

WESTVILLE CORR FACILITY

GALIPEAU
*Mr., Warden*

SGT
*at scene of incident?*

DORM OFFICER
*?*

ALLEN
*Nurse, Urgent Care*

JACKSON
*Doctor*

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of _____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Chief Judge Jon E. DeGuilio.

DATE:  06/27/2023                           CHANDA J. BERTA, CLERK OF COURT

                                            by     s/J. Barboza
                                               *Signature of Clerk or Deputy Clerk*